# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2006

130870

REGINALD HARRIS, Personal
Representative of the Estate of
Florence Williams,
          Plaintiff-Appellee,

v

LOUIS N. HALLAL, M.D.,
          Defendant-Appellant,

and

ST. MARY MERCY HOSPITAL,
a/k/a TRINITY HEALTH-
MICHIGAN,
          Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130870
COA: 265432
Wayne CC: 05-507380-NH
          05-512461-NH

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this appeal is considered, and the appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2006

_____
Clerk